IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REGIONAL LOCAL UNION
NOS. 846 and 847, International
Association of Bridge, Structural,
Ornamental and Reinforcing Iron
Workers, AFL-CIO *et al*.,

        Plaintiffs,

    v.

NEXT CENTURY REBAR, LLC,
a Nevada limited liability company;
APEX STEEL, LLC, a Nevada limited
liability company,

        Defendants.

Case No. 3:24-cv-01713-SB

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Stacie Beckerman issued a Findings and Recommendation on April 9, 2026, in which she recommends that the Court grant Plaintiffs' Motion for Default Judgment.

1 – ORDER

F&R, ECF No. 48. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [48]. Accordingly, Plaintiffs' Motion for Default Judgment [46] is GRANTED.

IT IS SO ORDERED.

DATED this  18th  day of June, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER